STATE OF MAINE

KENNEBEC, ss.

RECEIVED AND FILED
KENNEBEC SUPERIOR COURT
SUPERIOR COURT
CRIMINAL ACTION
DOCKET NO. CR-02-480

2005 SEP 16

SKS-1 /-9/3/05

SMOKEY HEATH,

      Petitioner

    v.

STATE OF MAINE,

      Respondent

**DECISION**

This matter comes before the court on the amended petition of Smokey Heath for post-conviction review. The petitioner alleges three grounds for review: first, that trial counsel was ineffective by failing to advise petitioner of the actual sentence at that time of plea; second, trial counsel was ineffective at the time of sentencing; and third, ineffective assistance of counsel in failing to recognize that the petitioner was suffering from a mental disease or defect which would render his plea involuntary. The record before the court consists of transcripts of the petitioner's guilty plea and sentencing, mental health evaluations and the testimony and exhibits presented at hearing. The three allegations will be considered separately below.

The petitioner's first ground concerns whether his trial counsel was effective in advising him of the nature and consequences of the sentence. In his final argument, the petitioner concedes that "defense counsel was competent and industrious." Further, the lawyer/client letter sent by trial counsel and acknowledged by the petitioner (exhibit 1) is so complete and detailed that there can be no question that the petitioner understood the consequences of his plea at that time.

The second ground of the petition concerns the presentation of trial counsel at the time of sentencing. A review of the transcript of the sentencing proceeding shows that the sentence is one that had been negotiated between the State and the defense prior to the hearing. Nevertheless, trial counsel spoke at some length concerning the various problems faced by the petitioner during his life including his mental illness. At no time was counsel's performance any less than one would expect from an attorney of average experience and competence.

The petitioner's third ground, and the ground most vigorously argued after hearing, is that his attorney did not adequately recognize and take into account petitioner's mental abnormalities. However, the evidence is quite to the contrary. Both in counsel's comments to the sentencing court and in his testimony on this petition, it is clear that counsel fully understood the nature of the petitioner's mental illness and his assessment that the petitioner was competent to enter the plea and be sentenced. In addition, counsel hired an independent psychologist to interview the petitioner and the psychologist was also present during the plea. The psychologist's opinion was that the petitioner was competent as a matter of law, despite the anxiety, depression, post-traumatic stress disorder and personality disorder from which she believes the petitioner suffers. Finally, the court was quite careful and clear in addressing the petitioner during the Rule 11 proceeding and made specific findings concerning the defendant's mental capacity to waive his constitutional right and that his plea was not tainted or affected by any mental illness. The petitioner fails on this ground also.

Finally, during the hearing the petitioner testified that although he was present, it was his sister, not himself, who killed the victim for which he was convicted. That testimony was the first time that any of the participants throughout the entire process

had heard of this claim and the court found the testimony to be incredible even if the issue were properly before the court.

For the reasons stated above, the entry will be:

Petition DENIED.

Dated: September 15, 2005

S. Kirk Studstrup
Justice, Superior Court

SMOKEY D HEATH
 vs
STATE OF MAINE

SUPERIOR COURT
KENNEBEC, ss.
Docket No  AUGSC-CR-2002-00480

DOCKET RECORD

PL. DOB: 08/06/1975
PL. ATTY: DANIEL PURDY                          State's Attorney: ANDREW BENSON
          PO BOX 131
          13C MEDOMAK TERRACE
          WALDOBORO ME 04572
          WITHDRAWN 04/13/2005
PL. ATTY: JOSEPH STEINBERGER
          PO BOX 7
          ROCKLAND ME 04841
          APPOINTED 04/13/2005


Filing Document: PETITION                       Major Case Type: POST CONVICTION REVIEW
Filing Date: 12/26/2002

## Charge(s)

## Docket Events:

12/26/2002 FILING DOCUMENT -  PETITION FILED ON 12/26/2002

           PETITION FOR POST CONVICTION REVIEW, STATEMENT OF FACTS AND SUPPORTING MEMORANDUM FOR
           PETITION OF POST CONVICTION REVIEW, ALSO MOTION FOR APPOINTMENT OF COUNSEL WITH AFFIDAVIT
           AND STATEMENT OF PRISONER'S ACCOUNT.
12/26/2002 POST CONVIC. REVIEW -  REVIEW SENT FOR REVIEW ON 12/26/2002

           ALL PAPERWORK SENT TO JOHN SIMMONS, LAW CLERK TO JUSTICE HUNTER, TO PENOBSCOT SUPERIOR
           COURT.
12/26/2002 MOTION -  MOTION FOR APPOINTMENT OF CNSL FILED BY DEFENDANT ON 12/26/2002


12/31/2002 MOTION -  MOTION FOR APPOINTMENT OF CNSL GRANTED ON 12/31/2002
           DONALD H MARDEN , JUSTICE
           COPY TO PARTIES/COUNSEL
12/31/2002 Party(s):  SMOKEY D HEATH
           ATTORNEY -  APPOINTED ORDERED ON 12/31/2002


           Attorney:  MARY DAVIS
01/09/2003 POST CONVIC. REVIEW -  ASSIGNMENT ASSIGNED TO DOCKET ON 01/09/2003

           POST CONVICTION ASSIGNMENT ORDER FILED AND INCORPORATED HEREIN BY REFERENCE; CASE ASSIGNED
           TO THE REGULAR CRIMINAL DOCKET; CONDITIONAL APPOINTMENT OF COUNSEL; TIME LIMITS
           ESTABLISHED.
01/21/2003 MOTION -  MOTION FOR EXTENSION OF TIME FILED BY DEFENDANT ON 01/21/2003


01/21/2003 MOTION -  MOTION FOR FUNDS FILED BY DEFENDANT ON 01/21/2003


01/29/2003 MOTION -  MOTION FOR EXTENSION OF TIME GRANTED ON 01/27/2003
           DONALD H MARDEN , JUSTICE
           COPY TO PARTIES/COUNSEL        DEADLINE FOR AMENDMENT MAY 30, 2002 AND DEADLINE FOR
           WITNESS LIST JUNE 30, 2002
01/29/2003 MOTION -  MOTION FOR FUNDS GRANTED ON 01/27/2003

DONALD H MARDEN , JUSTICE
COPY TO PARTIES/COUNSEL; TOTAL AMOUNT APPROVED IS $700.
01/30/2003 MOTION -  MOTION TO PREPARE TRANSCRIPT FILED BY PETITIONER ON 01/15/2003


01/30/2003 MOTION -  MOTION TO PREPARE TRANSCRIPT GRANTED ON 01/16/2003
DONALD H MARDEN , JUSTICE
COPY TO PARTIES/COUNSEL                                              RULE 11
TRANSCRIPT AND SENTENCING   COPY TO PHIL GALUCKI AND JANETTE COOK
01/30/2003 OTHER FILING -  TRANSCRIPT FILED ON 01/09/2003


RULE 11 TRANSCRIPT FILED BY PHIL GALUCKI
04/03/2003 OTHER FILING -  TRANSCRIPT FILED ON 04/03/2003


SENTENCING TRANSCRIPT BY JANETTE COOK FILED.
06/30/2003 MOTION -  MOTION FOR WITHDRAWAL OF CNSL FILED BY COUNSEL ON 06/30/2003


07/23/2003 POST CONVIC. REVIEW -  ASSIGNMENT ASSIGNED TO JUSTICE ON 07/14/2003
JOHN R ATWOOD , JUSTICE
PER ASSIGNMENT ORDER OF CHIEF JUSTICE MILLS
07/23/2003 Party(s):  STATE OF MAINE
ATTORNEY -  LIMITED ENTERED ON 07/23/2003


Attorney:  DAVID CROOK
07/23/2003 Party(s):  SMOKEY D HEATH
ATTORNEY -  APPOINTED ORDERED ON 07/23/2003


Attorney:  DAVID CROOK
07/23/2003 Party(s):  SMOKEY D HEATH
ATTORNEY -  LIMITED ENTERED ON 07/23/2003


Attorney:  DAVID CROOK
07/23/2003 Party(s):  SMOKEY D HEATH
ATTORNEY -  WITHDRAWN ORDERED ON 07/18/2003


Attorney:  MARY DAVIS
07/23/2003 Party(s):  SMOKEY D HEATH
ATTORNEY -  APPOINTED ORDERED ON 07/23/2003


Attorney:  DAVID PARIS
07/23/2003 Party(s):  STATE OF MAINE
ATTORNEY -  RETAINED ENTERED ON 07/23/2003


Attorney:  LARA NOMANI
07/23/2003 Party(s):  STATE OF MAINE
ATTORNEY -  LIMITED ENTERED ON 07/23/2003


Attorney:  LARA NOMANI
07/29/2003 Party(s):  STATE OF MAINE
ATTORNEY -  WITHDRAWN ORDERED ON 07/23/2003


Attorney:  LARA NOMANI
07/29/2003 Party(s):  STATE OF MAINE
ATTORNEY -  RETAINED ENTERED ON 07/23/2003

Attorney: ANDREW BENSON
10/20/2003 SUPPLEMENTAL FILING - AMENDED PETITION FILED ON 10/01/2003


10/23/2003 POST CONVIC. REVIEW - PCR CONFERENCE SCHEDULED FOR 12/29/2003 @ 8:30
          JOHN R ATWOOD , JUSTICE
10/23/2003 POST CONVIC. REVIEW - PCR CONFERENCE NOTICE SENT ON 10/23/2003


12/17/2003 POST CONVIC. REVIEW - RESPONSE TO PETITION FILED ON 12/17/2003


12/31/2003 POST CONVIC. REVIEW - PCR CONFERENCE HELD ON 12/29/2003


12/31/2003 POST CONVIC. REVIEW - ORDER RESULTING FROM PCR CONF FILED ON 12/29/2003
          JOHN R ATWOOD , JUSTICE
          COPIES TO COUNSEL.
02/23/2004 SUPPLEMENTAL FILING - AMENDED PETITION FILED ON 02/20/2004


02/25/2004 POST CONVIC. REVIEW - PCR CONFERENCE SCHEDULED FOR 02/25/2004


02/25/2004 POST CONVIC. REVIEW - PCR CONFERENCE HELD ON 02/25/2004
          JOHN R ATWOOD , JUSTICE
          Attorney: DAVID PARIS
          DA: ANDREW BENSON
          CONFERENCE HELD BY TELPHONE
02/25/2004 POST CONVIC. REVIEW - ORDER RESULTING FROM PCR CONF FILED ON 02/25/2004

          PETITIONER TO HAVE UNTIL 3/19/04 TO FILE WITNESS LIST. PETITIONER MAY SEEK COMPETENCY
          EXAMINATION BEFORE HEARING.-STATE TO RESPOND TO ORIGINAL PETITION AND THE SECOND AMENDMENT
          TO BE DONE BY 3/2/04  RESPONDENT TO FILE WITNESSLIST ON 3/26/04. PETITIONER TO GIVE ONE
          WEEKS NOTICE TO RESPONDENT AS TO  EXHIBITS TO BE USED AT HEARING I.E. ONE WEEK BEFORE
          HEARING.                COPIES TO COUNSEL.
03/02/2004 POST CONVIC. REVIEW - RESPONSE TO PETITION FILED ON 03/01/2004

          STATE'S RESPONSE TO AMENDED PETITION
03/10/2004 MOTION - MOTION FOR WITHDRAWAL OF CNSL FILED BY COUNSEL ON 03/10/2004


03/26/2004 OTHER FILING - WITNESS LIST FILED BY STATE ON 03/25/2004

          WITNESSES: GREGG BERNSTEIN, KATHRYN THOMAS, JOHN NEWCOMB, BRIAN RINES.
03/30/2004 MOTION - MOTION FOR WITHDRAWAL OF CNSL GRANTED ON 03/30/2004
          JOHN R ATWOOD , JUSTICE
          COPY TO PARTIES/COUNSEL
03/30/2004 MOTION - MOTION FOR APPOINTMENT OF CNSL FILED BY DEFENDANT ON 03/30/2004


03/30/2004 MOTION - MOTION FOR APPOINTMENT OF CNSL GRANTED ON 03/30/2004
          JOHN R ATWOOD , JUSTICE
          COPY TO PARTIES/COUNSEL
03/30/2004 Party(s): SMOKEY D HEATH
          ATTORNEY - WITHDRAWN ORDERED ON 03/30/2004

          Attorney: DAVID PARIS
03/30/2004 Party(s): SMOKEY D HEATH
          ATTORNEY - APPOINTED ORDERED ON 03/30/2004

Attorney: PAMELA AMES
07/22/2004 HEARING - EVIDENTIARY HEARING SCHEDULED FOR 08/12/2004 @ 9:00

NOTICE TO PARTIES/COUNSEL
08/27/2004 HEARING - EVIDENTIARY HEARING NOT HELD ON 08/12/2004

09/22/2004 HEARING - EVIDENTIARY HEARING SCHEDULED FOR 10/27/2004 @ 9:00

NOTICE TO PARTIES/COUNSEL                                            AT THE MAINE
STATE PRISON
09/22/2004 HEARING - EVIDENTIARY HEARING NOTICE SENT ON 09/22/2004

09/27/2004 MOTION - MOTION FOR WITHDRAWAL OF CNSL FILED BY COUNSEL ON 09/23/2004

09/27/2004 MOTION - MOTION FOR WITHDRAWAL OF CNSL GRANTED ON 09/27/2004
         JOHN R ATWOOD , JUSTICE
         COPY TO PARTIES/COUNSEL
09/27/2004 Party(s): SMOKEY D HEATH
         ATTORNEY - WITHDRAWN ORDERED ON 09/27/2004

Attorney: PAMELA AMES
09/27/2004 MOTION - MOTION FOR APPOINTMENT OF CNSL FILED BY DEFENDANT ON 09/27/2004

10/04/2004 MOTION - MOTION FOR APPOINTMENT OF CNSL GRANTED ON 09/29/2004
         JOHN R ATWOOD , JUSTICE
         COPY TO PARTIES/COUNSEL
10/04/2004 Party(s): SMOKEY D HEATH
         ATTORNEY - APPOINTED ORDERED ON 09/29/2004

Attorney: DANIEL PURDY
10/28/2004 HEARING - EVIDENTIARY HEARING CONTINUED ON 10/27/2004
         JOHN R ATWOOD , JUSTICE
         Attorney: DANIEL PURDY
         DA: ANDREW BENSON          Reporter: KIMBERLY MCCULLOCH
         Defendant Present in Court

         CONTINUED OVER STATES'S OBJECTION, HEARING WAS TO BE HELD AT THE MAINE STATE PRISON;
         DEFENDANAT TO FILE MOTION FOR STAGE 1 EXAM, DEFENSE TO GET PAPERWORK FROM MASSACHUSETS,
         DEFENSE TO GET HIS CLIENT HIS MEDICATION AND DEFENSE TO LET COURT KNOW WHEN HE IS READY TO
         PROCEED.
11/03/2004 MOTION - MOTION FOR MENTAL EXAMINATION FILED BY DEFENDANT ON 11/01/2004

         DA: DANIEL PURDY
         MOTION FOR FIRST STAGE EVALUATION, FILED.    (MOTION FORWARDED TO JUSTICE ATWOOD IN KNOX
         COUNTY)
11/09/2004 OTHER FILING - COUNSEL VOUCHER FILED ON 11/02/2004

         Attorney: PAMELA AMES
11/09/2004 OTHER FILING - COUNSEL VOUCHER APPROVED ON 11/04/2004
         JOHN R ATWOOD , JUSTICE
11/09/2004 MOTION - MOTION FOR MENTAL EXAMINATION GRANTED ON 11/04/2004
         JOHN R ATWOOD , JUSTICE

COPY SENT TO STATE FORENSIC SERVICE
APPOINTMENT SCHEDULED FOR 2/23/05 BY DE.. SCHETKY AT MSP AT 3:00     AND FEBRUARY 24 AT
8:30 BY DR. BAEDER AT MSP
12/20/2004 PSYCHIATRIC EXAM -  STAGE ONE REPORT FILED ON 12/20/2004

INCOMPLETE REPORT FILED.
02/28/2005 PSYCHIATRIC EXAM -  STAGE ONE REPORT FILED ON 02/28/2005

03/09/2005 PSYCHIATRIC EXAM -  STAGE ONE REPORT FILED ON 03/07/2005

BY DIANE SCHETKY, M.D.
04/13/2005 MOTION -  MOTION FOR WITHDRAWAL OF CNSL FILED BY COUNSEL ON 04/13/2005

04/13/2005 MOTION -  MOTION FOR WITHDRAWAL OF CNSL GRANTED ON 04/13/2005

COPY TO PARTIES/COUNSEL
04/13/2005 MOTION -  MOTION FOR APPOINTMENT OF CNSL FILED BY DEFENDANT ON 04/13/2005

04/13/2005 Party(s):  SMOKEY D HEATH
           ATTORNEY -  WITHDRAWN ORDERED ON 04/13/2005

           Attorney:  DANIEL PURDY
04/13/2005 Party(s):  SMOKEY D HEATH
           ATTORNEY -  APPOINTED ORDERED ON 04/13/2005

           Attorney:  JOSEPH STEINBERGER
04/25/2005 ORDER -  SPECIAL ASSIGNMENT ENTERED ON 04/25/2005

           JUSTICE STUDSTRUP ASSIGNED
05/03/2005 OTHER FILING -  COUNSEL VOUCHER FILED ON 04/19/2005

           Attorney:  DANIEL PURDY
05/03/2005 OTHER FILING -  COUNSEL VOUCHER APPROVED ON 04/21/2005
           JOHN R ATWOOD , JUSTICE
05/10/2005 HEARING -  EVIDENTIARY HEARING SCHEDULED FOR 06/17/2005 @ 8:30

           NOTICE TO PARTIES/COUNSEL                                      AT THE MAINE
           STATE PRISON.
05/10/2005 HEARING -  EVIDENTIARY HEARING NOTICE SENT ON 05/10/2005

06/21/2005 HEARING -  EVIDENTIARY HEARING HELD ON 06/17/2005 @ 9:00
           S KIRK STUDSTRUP , JUSTICE
           Attorney:  JOSEPH STEINBERGER
           DA:  ANDREW BENSON          Reporter: MAUREEN BRADFORD
           Defendant Present in Court

           PETITIONER'S BRIEF DUE IN 21 DAYS, STATE'S RESPONSE WITHIN 7 DAYS AFTER RECEIPT OF
           PETITIONER'S BRIEF
07/11/2005 OTHER FILING -  OTHER DOCUMENT FILED ON 07/11/2005

           PETITIONER'S FINAL ARGUMENT
07/13/2005 OTHER FILING -  OTHER DOCUMENT FILED ON 07/13/2005

STATE'S FINAL ARGUMENT
09/19/2005 FINDING - DENIED ENTERED BY COURT ON 09/16/2005


A TRUE COPY
ATTEST: _____
                    Clerk